## (July 13, 1981)

■ In the Matter of JOHN PETER GREELEY, An Attorney. — Petition granted and respondent suspended from practice as an attorney and counselor at law in the State of New York as of the date of this court's order; counsel appointed to protect the interests of respondent and respondent's clients; and the matter of respondent's infirmity referred to the clerk, medical report office, all as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Birns, Sandler and Markewich, JJ.